UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY JAIL,<br><br>    Defendant. | No. 2:13-cv-02307 DAD P<br><br>ORDER |

Plaintiff is a Placer County Jail detainee proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes, pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). (See Dkt. No. 3.)

On May 6, 2014, this court directed plaintiff to submit, within thirty days, a certified copy of his jail trust account statement, in support of plaintiff's application to proceed in forma pauperis. (See ECF No. 7.) In addition, the court informed plaintiff of the deficiencies in his complaint, and dismissed the complaint with leave granted to file an amended complaint within thirty days. The court informed plaintiff that "failure to comply with this order will result in the dismissal of this action without prejudice." (Id. at 6.)

/////

/////

More than thirty days have passed, and plaintiff has not submitted a certified copy of his jail trust account statement, or filed an amended complaint, or otherwise communicated with this court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and

2. The Clerk of Court is directed to close this case.

Dated:  July 11, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
owen2307.dsms.